Exhibit 1

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## VA 2-413-751

**Effective Date of Registration:**
July 26, 2024
**Registration Decision Date:**
September 23, 2024

---

## Title

| | |
|---|---|
| **Title of Work:** | 129313D |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2012 |
| **Date of 1st Publication:** | August 08, 2014 |
| **Nation of 1st Publication:** | United States |

## Author

| | |
|---|---|
| • **Author:** | Vivian M. Eisner |
| **Author Created:** | 2-D artwork |
| **Citizen of:** | United States |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | Vivian M. Eisner |
| | 86 John Wickes Ave, East Greenwich, RI, 02818, United States |

## Rights and Permissions

| | |
|---|---|
| **Organization Name:** | Suzan Lind Art Licensing and Design, LLC |
| **Name:** | Suzan Lind |
| **Email:** | suzan@suzanlindartlicensing.com |
| **Telephone:** | (203)273-3148 |
| **Address:** | 15 Golf St. |
| | Unit 4 |
| | Asheville, NC 28801 United States |

## Certification

<mark>Case: 1:25-cv-07582 Document #: 1-1 Filed: 07/07/25 Page 3 of 9 PageID #:11</mark>



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director



**Registration Number**

**VA 2-413-748**

**Effective Date of Registration:**
July 26, 2024
**Registration Decision Date:**
September 23, 2024

## Title

**Title of Work:** 129315D

## Completion/Publication

**Year of Completion:** 2012
**Date of 1st Publication:** November 17, 2015
**Nation of 1st Publication:** United States

## Author

- **Author:** Vivian M. Eisner
  **Author Created:** 2-D artwork
  **Citizen of:** United States

## Copyright Claimant

**Copyright Claimant:** Vivian M. Eisner
86 John Wickes Ave, East Greenwich, RI, 02818, United States

## Rights and Permissions

**Organization Name:** Suzan Lind Art Licensing and Design, LLC
**Name:** Suzan Lind
**Email:** suzan@suzanlindartlicensing.com
**Telephone:** (203)273-3148
**Address:** 15 Golf St.
Unit 4
Asheville, NC 28801 United States

## Certification

Page 1 of 2



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**
**VA 2-412-978**
**Effective Date of Registration:**
July 26, 2024
**Registration Decision Date:**
September 17, 2024



## Title

**Title of Work:** Decorative Roosters: VIV 09 OT 9/ 129306D/ 129310D

## Completion/Publication

**Year of Completion:** 2009
**Date of 1st Publication:** August 05, 2014
**Nation of 1st Publication:** United States

## Author

- **Author:** Vivian M. Eisner
  **Author Created:** 2-D artwork
  **Citizen of:** United States

## Copyright Claimant

**Copyright Claimant:** Vivian M. Eisner
86 John Wickes Ave, East Greenwich, RI, 02818, United States

## Rights and Permissions

**Organization Name:** Suzan Lind Art Licensing and Design, LLC
**Name:** Suzan Lind
**Email:** suzan@suzanlindartlicensing.com
**Telephone:** (203)273-3148
**Address:** 15 Golf St.
Unit 4
Asheville, NC 28801 United States

## Certification

Page 1 of 2



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director



**Registration Number**

**VA 2-413-757**

**Effective Date of Registration:**
July 26, 2024
**Registration Decision Date:**
September 23, 2024

---

## Title

| | |
|---|---|
| **Title of Work:** | Spooktacular II 134163D/ Spooktacular I 134162D |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2007 |
| **Date of 1st Publication:** | August 01, 2018 |
| **Nation of 1st Publication:** | United States |

## Author

| | |
|---|---|
| • **Author:** | Vivian M. Eisner |
| **Author Created:** | 2-D artwork |
| **Citizen of:** | United States |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | Vivian M. Eisner |
| | 86 John Wickes Ave, East Greenwich, RI, 02818, United States |

## Rights and Permissions

| | |
|---|---|
| **Organization Name:** | Suzan Lind Art Licensing and Design, LLC |
| **Name:** | Suzan Lind |
| **Email:** | suzan@suzanlindartlicensing.com |
| **Telephone:** | (203)273-3148 |
| **Address:** | 15 Golf St. |
| | Unit 4 |
| | Asheville, NC 28801 United States |

## Certification

Page 1 of 2

