**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

VIVIAN M. EISNER,

    Plaintiff,

v.

THE PARTNERSHIPS AND
UNINCORPORATED ASSOCIATIONS
IDENTIFIED ON SCHEDULE "A",

    Defendants.

Case No.: 1:25-cv-07582

Judge Steven C. Seeger

Magistrate Judge Keri L. Holleb Hotaling

**SCHEDULE A TO COMPLAINT**

| No. | Defendants |
|---|---|
| 1 | zhizunbaojiaju(zhongqing)youxiangongsi |
| 2 | XiangYanShangMao |
| 3 | anqingrongzhongshangmaoshanghang(gerenduzi) |
| 4 | zhengzhounuanjingshangmaoyouxiangongsi |
| 5 | yaxuna |
| 6 | chongqingzhihuichengyikejiyouxiangongsi |
| 7 | LiBenHong74 |
| 8 | kunmingjinneshangmaoyouxiangongsibm |
| 9 | YUEBINUS |
| 10 | LYJHAIBAO |
| 11 | Jersi |
| 12 | LVLVWENWEN |
| 13 | Fustar Collection |
| 14 | Hungeen |
| 15 | LMLFT |
| 16 | Ripeau |
| 17 | RunningBear |
| 18 | Domeca Collection |
| 19 | Unishion |
| 20 | JOYSAY |
| 21 | Rurpali |
| 22 | HuoYing |
| 23 | FOSHIN Design |
| 24 | Athenstics Stainless steel cup |

| | |
|---|---|
| 25 | BANZANG |
| 26 | GCVVIC |
| 27 | Iron Family LL |
| 28 | mountainhill |
| 29 | BKBT |
| 30 | ChicPresents |
| 31 | Honggejiafang |
| 32 | kafulaiman |
| 33 | ShengGeJiaJu |
| 34 | Your Dream Houses |
| 35 | Blue Star Home |
| 36 | Dimengyongpin |
| 37 | Beisen |
| 38 | WUBINO |
| 39 | The Farari Living Museum |
| 40 | maoyishop |